IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

CHRISTIAN ISIAH FULLER,
    Plaintiff,

v.                                                                                                     Civil No. 3:23cv260 (DJN)

CAPTAIN TEMPLE, *et al.*,
    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on May 1, 2023, the Court conditionally docketed Plaintiff's action. (ECF No. 1.) At that time, the Court directed Plaintiff to submit a statement under oath or penalty of perjury that:

(A)     Identifies the nature of the action;
(B)     States his belief that he is entitled to relief;
(C)     Avers that he is unable to prepay fees or give security therefor; and,
(D)     Includes a statement of the assets he possesses.

*See* 28 U.S.C. § 1915(a)(1) (proceedings *in forma pauperis*). The Court provided Plaintiff with an *in forma pauperis* affidavit form for this purpose. Additionally, the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to collection of fees form. The Court warned Plaintiff that a failure to comply with the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action. (ECF No. 1, at 1.)

Plaintiff has not complied with the Court's order to return a consent to collection of fees form.[1] As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a) (setting forth district

---

[1]     Plaintiff had already submitted the correct *in forma pauperis* affidavit.

court fees). Plaintiff's conduct demonstrates a willful failure to prosecute. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(b).

An appropriate Final Order will accompany this Memorandum Opinion.

Let the Clerk file a copy of the Memorandum Opinion electronically and send a copy to Plaintiff.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: June 8, 2022